GEORGE S. CARDONA
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
California Bar No. 141489
   Room 7516 Federal Building
   300 North Los Angeles Street
   Los Angeles, California 90012
   Telephone: (213) 894-6880
   Fax No.: (213) 894-7819

Attorney for Defendant
United States of America

THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(d).

FILED CLERK, US DISTRICT COURT
SEP - 6 2007
CENTRAL DISTRICT OF CALIFORNIA

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| CARL STINSON; PHYLLIS STINSON,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | No. CV 06-06495 RGK (JWJx)<br><br>STIPULATION FOR COMPROMISE SETTLEMENT AND RELEASE AND ORDER THEREON |

ENTERED
CLERK, US DISTRICT COURT
SEP 11 2007
CENTRAL DISTRICT OF CALIFORNIA

    IT IS HEREBY STIPULATED AND AGREED by Plaintiffs, Carl Stinson and Phyllis Stinson, (hereinafter collectively referred to as "Plaintiffs"), and Defendant, United States of America, by and through their respective counsel, that the above captioned action be settled and compromised based on the following terms and conditions.

    1. This Stipulation For Compromise Settlement And Release is not, is in no way intended to be, and should not be construed as, an admission of



liability or fault on the part of the United States, its agents, servants, or employees. This settlement is entered into by the parties for the purpose of compromising disputed claims under the Federal Tort Claims Act and avoiding the expenses and risks of litigation.

2. Defendant United States of America will pay to Plaintiffs the sum of Six Hundred Thousand Dollars ($600,000.00), including attorney's fees, which sum shall be in full settlement and satisfaction of any and all claims, demands, rights, and causes of action of whatsoever kind and nature, arising from, and by reason of any and all known and unknown, foreseen and unforeseen, bodily and personal and other injuries, resulting, and to result, from the same subject matter that gave rise to the above-captioned lawsuit, including any claims for wrongful death, which Plaintiffs or their guardians, heirs, executors, administrators, agents or assigns, and each of them, now have or may hereafter acquire against the United States of America, its agents, servants, or employees on account of or arising out of the matters, incidents or circumstances giving rise to this lawsuit.

3. Plaintiffs and their guardians, heirs, executors, administrators, agents or assigns, and each of them, hereby agree to accept the sum of Six Hundred Thousand Dollars ($600,000.00) in full settlement and satisfaction of any and all claims, demands, rights, and causes of action of whatsoever kind and nature, arising from, and by reason of any and all known and unknown, foreseen and unforeseen, bodily and personal and other injuries which they may have or hereafter acquire against the United States of America, its agents, servants or employees on account of or arising out of the matters, incidents or circumstances giving rise to the abovecaptioned lawsuit, including any future claims for wrongful death.

4. In addition and notwithstanding anything to the contrary herein, Plaintiffs, their guardians, heirs, executors, administrators, agents and assigns, explicitly release any and all claims against the United States of America, its agents,

1
2   servants or employees, on account of or arising out of the matters, incidents or
3   circumstances giving rise to this suit, including any future claim for wrongful death,
4   which Plaintiffs and their guardians, heirs, executors, administrators, agents or
5   assigns do not know or suspect to exist in his, her or their favor at the time this
6   Stipulation and Release are executed.
7       5.   Plaintiffs specifically agree, as additional consideration for this
8   Stipulation For Compromise Settlement And Release, to waive the provisions of
9   Section 1542 of the Civil Code of the State of California, and Plaintiffs understand
10  that said section provides:
11      "A general release does not extend to claims which the creditor does
12      not know or suspect to exist in his favor at the time of executing the
13      release, which, if known by him must have materially affected his
14      settlement with the debtor."
15  Therefore, and notwithstanding anything to the contrary herein, Plaintiffs explicitly
16  release any and all claims against the United States of America, its agents, servants
17  and employees which Plaintiffs do not know or suspect to exist in favor of Plaintiffs
18  at the time Plaintiffs and their attorneys execute this Stipulation for Compromise
19  Settlement and Release, and which would have materially affected this settlement if
20  such claim or claims had been known.
21      6. Plaintiffs and their guardians, heirs, executors, administrators, agents or
22  assigns, and each of them, further agree to reimburse, indemnify and hold harmless
23  the United States of America, its agents, servants, and employees from any and all
24  causes of action, claims, liens, rights, or subrogated or contribution interests incident
25  to or resulting from this or further litigation or prosecution of claims by Plaintiffs or
26  their guardians, heirs, executors, administrators, agents or
27  assigns, and each one of them, against any third party or against the United States of
28  America, arising from the matters alleged in the abovecaptioned complaint,

1
2 including claims for wrongful death. It is specifically understood and agreed between
3 the parties that Plaintiffs are responsible for any lien which may be or has been
4 asserted, submitted or filed arising out of the matters, incidents or circumstances
5 giving rise to this suit.
6     7. It is also agreed, by and among the parties hereto, that the settlement
7 amount of Six Hundred Thousand Dollars ($600,000.00) represents the entire
8 amount of the compromise settlement, and that the respective parties will each bear
9 their own costs, fees, and expenses, and that any attorney's fees owed by Plaintiffs wil
10 be paid out of the aforesaid settlement amount and not in addition thereto.
11     8. It is also understood, by and among the parties hereto, that pursuant to
12 Title 28, United States Code, Section 2678, attorney's fees for services rendered in
13 connection with this action shall not exceed 25 per cent of the amount of the
14 compromise settlement.
15     9. The United States will pay the settlement amount of Six Hundred
16 Thousand Dollars ($600,000.00) to Plaintiffs and their attorneys of record, Jeanne
17 Anne Steffin of the Law Offices of Jeanne Anne Steffin and Jeffrey Milman of Lopez,
18 Hodes, Restaino, Milman & Skikos. This payment shall be made by electronic funds
19 transfer to the "Jeanne A. Steffin, Esquire Attorney-Client Trust Account," Bank of
20 America, San Francisco, CA. Plaintiffs' attorneys, Jeanne Anne Steffin and Jeffrey
21 Milman, specifically agree, subject to the terms and conditions set forth herein, to
22 distribute the settlement proceeds.
23     10. In consideration of the payment of the sum total of Six Hundred
24 Thousand Dollars ($600,000.00) as set forth above, Plaintiffs agree that each will
25 execute and file with the Court such documents as shall be necessary to cause this
26 action to be dismissed in its entirety with prejudice from the docket of this Court.
27 The failure to obtain a dismissal with prejudice renders the entire Stipulation for
28 Compromise Settlement and Release and the compromise settlement null and void.

1

2   11. This written agreement contains all of the agreements between the parties
3   hereto, and is intended to be and is the final and sole agreement between the parties.
4   The parties agree that any other prior or contemporaneous representations or
5   understandings not explicitly contained in this written agreement, whether written
6   or oral, are of no further legal or equitable force or effect. Any subsequent
7   modifications to this agreement must be in writing, and must be signed and executed
8   by the parties.

9   12. The undersigned represent that each has reviewed and
10  understands this agreement, and that each is fully authorized to enter into the terms
    and conditions of this agreement and that each agrees to be bound thereby.
11

12  DATED: 8-21-07   *[signature]*
13                   CARL STINSON
                     Plaintiff
14

15  DATED: 8-21-07   *[signature]*
                     PHYLLIS STINSON
16                   Plaintiff

17  DATED: 8-21-07   LAW OFFICES OF JEANNE ANNE STEFFIN
18                   *[signature]*
                     JEANNE ANNE STEFFIN
19                   Attorneys for Plaintiffs
20

21  DATED: 8-21-07   LOPEZ, HODES, RESTAINO, MILMAN &
                     SKIKOS
22                   *[signature] on behalf of Jeffrey Milman*
23                   JEFFREY MILMAN
                     Attorneys for Plaintiffs
24

25

26

27

28

DATED: 8/31/07       GEORGE S. CARDONA
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

JOANNE S. OSINOFF
Assistant United States Attorney
Attorneys for Defendant
United States of America

## ORDER

Pursuant to the foregoing Stipulation For Compromise Settlement And Release, IT IS HEREBY ORDERED:

1. This Stipulation for Compromise Settlement and Release may be filed;

2. This action is dismissed with prejudice in its entirety;

3. The Court shall retain jurisdiction pending payment of the settlement funds;

4. Upon receipt of the settlement funds, the parties shall file with the Court a Receipt and Full Satisfaction;

4. Each party to bear its own fees, expenses and costs of suit; and

5. The pretrial conference date and trial date are vacated.

Dated: 9-6-07

HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE